CLEMENTE M. JIMÉNEZ, SBN 207136
428 J Street, Suite 355
Sacramento, CA 95814
(916) 443-8055

Attorney for Defendant
ALBERTO HUERTA-SOSA

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>ALBERTO HUERTA-SOSA,<br><br>Defendant. | Case No.: 2:10-cr-00440-MCE<br><br>STIPULATION AND ORDER VACATING DATE, CONTINUING CASE, AND EXCLUDING TIME<br><br>DATE:   December 2, 2010<br>TIME:    9:00 a.m.<br>JUDGE:  Hon. Morrison C. England, Jr. |
|---|---|

IT IS HEREBY STIPULATED by and between Assistant United States Attorney Michele Beckwith, Counsel for Plaintiff, and Attorney Clemente M. Jiménez, Counsel for Defendant ALBERTO HUERTA-SOSA, that the status conference scheduled for December 2, 2010, at 9:00 a.m., be vacated and the matter continued to this Court's criminal calendar on January 6, 2011, at 9:00 a.m. for further status conference. Defense counsel seeks additional time to prepare and confer with Mr. Huerta-Sosa.

    IT IS FURTHER STIPULATED that time for trial under the Speedy Trial Act, 18 U.S.C. Section 3161 et seq. be tolled pursuant to Section 3161(h)(7)(A) and (B)(iv), (Local code T-4), and that the ends of justice served in granting the continuance and allowing the defendants further time to prepare outweigh the best interests of the public and the defendant to a speedy trial.

10cr00440.so.1130.doc
11/30/10
- 1 -
PDF created with pdfFactory trial version www.pdffactory.com

1  DATED: November 30, 2010             /S/     Michele Beckwith_____
2                                       MICHELE BECKWITH
                                        Attorney for Plaintiff
3

4                                        /S/     Clemente M. Jiménez_____
5                                       CLEMENTE M. JIMÉNEZ
                                        Attorney for Alberto Huerta-Sosa
6

7

8                            **ORDER**

9
        IT IS SO ORDERED, that the status conference in the above-entitled matter,
10
scheduled for December 2, 2010, at 9:00 a.m., be vacated and the matter continued to
11
January 6, 2011, at 9:00 a.m. for further status conference.  The Court finds that time
12
under the Speedy Trial Act shall be excluded through that date in order to afford counsel
13
reasonable time to prepare (Local Code T-4).  Based on the parties' representations, the
14
Court finds that the ends of justice served by granting a continuance outweigh the best
15
interests of the public and the defendants to a speedy trial.
16

17
DATED: November 30, 2010
18

19                                      _____
                                        MORRISON C. ENGLAND, JR
20                                      UNITED STATES DISTRICT JUDGE

21

22

23

24

25

26

27

28

10cr00440.so.1130.doc           - 2 -
11/30/10
PDF created with pdfFactory trial version www.pdffactory.com